IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02976-PAB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1993 Dina Autobus VIN 3653T8930635,

        Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 17] for the following property:

1993 Dina Autobus VIN 3653T8930635

The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action in rem pursuant to 21 U.S.C. § 881.

All known parties have been provided with an opportunity to respond, and publication has been effected as required by Supplemental Rule G(4).

The United States and Claimant Javier Navarro, through counsel Douglas L. Romero, Esq., have reached a settlement agreement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

No other claims to defendant property have been filed.

Forfeiture of defendant 1993 Dina Autobus shall enter in favor of the United States.

Following the sale of defendant 1993 Dina Autobus the United States shall return to Claimant Javier Navarro any proceeds in excess of $11,000.00.

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Therefore, it is

ORDERED that forfeiture of defendant 1993 Dina Autobus shall enter in favor of the United States.  The United States shall have full and legal title to the defendant property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement.  It is further

ORDERED that the Clerk of Court is directed to enter Judgment.  It is further

ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.


DATED September 12, 2012.

                                             BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge