IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02976-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1993 DINA AUTOBUS VIN 3653T8930635,

    Defendant.

_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Philip A. Brimmer, U.S. District Judge, the following FINAL JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title of defendant property is hereby entered in favor of the United States as follows:    1993 DINA AUTOBUS VIN 3653T8930635.

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

    3.    Following the sale of defendant 1993 Dina Autobus, the United States shall return to Claimant Javier Navarro any proceeds in excess of $11,000.00.

    4.    This Final Judgment shall also constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all of defendant property.

    DATED at Denver, Colorado this 25th day of September, 2012.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk